THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN MCGHEE,                                                                                    PLAINTIFF
ADC #146936

v.                                        4:20-cv-00907-KGB-JTK

WENDY KELLEY, *et al.*                                                                      DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on September 16, 2020 (Dkt. No. 3). No objections have been filed to the Proposed Findings and Recommendations, and the deadline for filing objections has since passed. Accordingly, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law. The Court dismisses plaintiff Justin McGhee's claims without prejudice for failure to prosecute.

It is so ordered this 28th day of May, 2021.

_____
Kristine G. Baker
United States District Judge