THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JUSTIN MCGHEE,<br>ADC #146936 | PLAINTIFF |
| v. | 4:20-cv-00907-KGB-JTK |
| WENDY KELLEY, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Justin McGhee's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 28th day of May, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge